IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JORDAN CHRISTIAN PHILLIPS,

    Plaintiff,

v.

MARION COUNTY, et al.,

    Defendants.

Case No. 6:25-cv-00814-JR

ORDER TO DISMISS

RUSSO, Magistrate Judge

    The Court GRANTS plaintiff's voluntary Motion to Dismiss (ECF No. 9). This action is DISMISSED, without prejudice to plaintiff's right to pursue any alternative appropriate remedies.

    IT IS SO ORDERED.

    DATED this  3  day of October 2025.

Jolie A. Russo
United States Magistrate Judge

1 – ORDER TO DISMISS